# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00720-CV

**Tozi A. Gutierrez, Appellant**

**v.**

**Juan Tijerina, Appellee**

---

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-12-000796, THE HONORABLE DANIELLA DESETA LYTTLE, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on January 16, 2025. After this Court granted a motion requesting an extension of time to file her brief, appellant's brief was due on February 14, 2025. On February 19, 2025, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by March 3, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Prosecution

Filed: March 18, 2025